**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH R. GILLIAM, | Case No. CV 08-1242 VAP (SS) |
|           Petitioner, | |
|    v. | **JUDGMENT** |
| A. HEDGEPETH, Warden, | |
|           Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 25, 2014

*Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE